# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Sean Mitchell Jr., <br><br> Plaintiff, <br><br> v. <br><br> Timothy; and Kayla Padgett; et al., <br><br> Defendants. | Case No. 2:24-cv-01396-RFB-DJA <br><br> **Order** |

This matter is before the Court on *pro se* Plaintiff Sean Mitchell Jr.'s application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF No. 1) and Complaint (ECF No. 1-1). Plaintiff's application to proceed *in forma pauperis* is not on the Court's approved form. Instead, it is on a state court form. However, this Court—the United States District Court for the District of Nevada—is federal court and Plaintiff must use the federal form.[1] Under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* "must be made on the form provided by the court."[2] The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application on the correct form or to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

---

[1] These forms can be found online at https://www.nvd.uscourts.gov/court-information/forms/.

[2] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/rules-and-orders/.

1 **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and the form application for a non-inmate to proceed *in forma pauperis* and its accompanying instruction packet.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **September 23, 2024** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee. **Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that the case be dismissed.**

DATED: August 23, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE