# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEAN MITCHELL JR., | Case No. 2:24-cv-01396-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| TIMOTHY, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation ("R&R") of the Honorable Daniel J. Albregts, United States Magistrate Judge, dated September 30, 2022 (ECF No. 5). For the reasons explained below, the Court adopts the R&R in full

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo*[1] or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

No objections have been filed. The Court has reviewed the record in this case and concurs

---

[1] *De novo* review simply means a review by one court using the lower court's record but reviewing the evidence and the law without deference to the lower court's findings and rulings. See Appeal, Black's Law Dictionary (11th ed. 2019).

1   with the Magistrate Judge's recommendations.

2   Therefore, for the foregoing reasons, **IT IS ORDERED** that the Report and
3   Recommendation of the Magistrate Judge (ECF No. 5) is **ADOPTED** in full. The Clerk of Court
4   is instructed to close the case.

6   **DATED:** April 14, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**